In the Matter of ROBERT R. DALY, an attorney at law.

For the order: *Mr. Frederick C. Vonhof.*

For the respondent: *Mr. Robert R. Daly, pro se.*

January 21, 1963.  Name of respondent stricken from the roll of attorneys-at-law.  Opinion reported at 39 *N. J.* 112.

In the Matter of EDWARD KENT, an attorney at law.

For the order: *Mr. J. Gilbert Van Sciver, Jr.*

For the respondent: *Mr. Martin L. Haines.*

January 21, 1963.  Respondent reprimanded.  Opinion reported at 39 *N. J.* 114.